KEVIN J. RUSSELL, ESQ., LLC
921 Summit Avenue
Jersey City, New Jersey 07307
(201) 360-3776
kevin@krussellesq.com
Attorneys for Defendant Argonaut Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the District No. 9 Painting Industry Fund and Trustees of the District No. 9 Painting Industry Annuity Fund and Trustees of the District Council No. 9 Finishing Trades, et al , <br><br> Plaintiffs <br><br> v. <br><br> Rici Corp. and Argo Surety a.k.a. Argo Group US a.k.a. Argonaut Insurance Company, <br><br> Defendants | Docket No: 7:25-cv-03525-CS <br><br> CIVIL ACTION <br><br> CONSENT ORDER FOR DISMISSAL |

This matter being opened to the Court by plaintiffs, Trustees of the District Council No. 9 Painting Industry Insurance Fund and Trustees of the District Council No. 9 Painting Industry Annuity Fund and Trustees of the District Council No, 9 Finishing Trades Institute and Trustees of the International Union of Painters and Allied Trades National Pension Fund and the District Council No. 9 International Union of Painters and Allied Trades (collectively referred herein to as "Plaintiffs") and Argonaut Insurance Company, pleaded as "Argo Surety a/k/a Argo Group US a/k/a Argonaut Insurance Company" (referred to herein as "Defendant Argonaut"); and it appearing to the Court that Plaintiffs filed the Complaint on April 25, 2025; and that Defendant Argonaut filed an appearance and extension of time in which to file an Answer or other responsive pleading; and that Defendant Argonaut has not yet filed an Answer or other responsive pleading;

and that defendant Rici Corp. has not appeared or filed any pleadings in this action; and that Plaintiffs and Defendant Argonaut intend to settle the action between them and want to dismiss the entire action without prejudice, without costs, and without preclusive effect (such as collateral estoppel, res judicata and/or the "entire controversy doctrine") as to the claims being dismissed and as to any and all other claims between them and/or as to the claims being dismissed and any and all other claims against or defenses by defendant Rici Corp.; and good cause appearing;

It is on this __17th__ day of __September__, 2025,

**ORDERED** that the above entitled action be and is hereby dismissed without prejudice and without costs; and it is further

**ORDERED** that the dismissal without prejudice shall have no preclusive effect on the claims being dismissed and/or as to any and all other claims and defenses between Plaintiffs and Defendant Argonaut; and it is further

**ORDERED**, that this dismissal without prejudice shall have no preclusive effect on the claims being dismissed against defendant Rici Corp. and/or as to any and all other claims and defenses between and among the parties, Plaintiffs and Defendant Argonaut and defendant Rici Corp.

_Cathy Seibel_
_____
U.S.D.J.

The Clerk shall close the case.

Consent is hereby given to the form and entry of the within Order.

Barnes, Iaccarino & Shepherd, LLP
Attorneys for Plaintiffs

_____
Dana L. Henke, Esq.
9/17/25

Kevin J. Russell, Esq., LLC
Attorneys for Defendant Argonaut Ins. Co.

_____
Kevin J. Russell
9/16/25